340 ROSKOPP vs. CIRCUIT JUDGE (Macomb), No. 13817, 97 M., 628.

To strike from the calendar a cause commenced by attachment, where the attachment was dissolved by a circuit court commissioner, and relator had appealed and notice of trial of the appeal was served upon the attorneys for plaintiff, who had appeared before the commissioner and resisted the dissolution.

Denied November 15, 1893, with costs.

341 KELLY vs. CIRCUIT JUDGE (Wayne), No. 12518½, 90 M., 264.

To compel respondent to strike cause from chancery hearing docket, because not at issue as to all of the defendants.

Granted February 10, 1892, with costs against complainant in the chancery cause.